

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2019

No. 04-19-00218-CV

**IN THE INTEREST OF R.M., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01262
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Elva G. Chapa's notification of late reporter's record is hereby GRANTED. Time is extended to May 3, 2019.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court